**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

LORI WIGOD, on behalf of herself and all
others similarly situated,

                             Plaintiff,

v.

PNC BANK, NA, a national banking
association,

                           Defendant.

Case No: 1:17-cv-02025

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 28, 2017 at 9:00 a.m., or as soon thereafter as

counsel may be heard, I shall appear before the Honorable Gary Feinerman or any judge sitting

in his stead in Courtroom 2125 of the United States District Court for the Northern District of

Illinois, 219 S. Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for Leave to File

Brief Exceeding Page Limit, a true and correct copy of which is filed herewith and thereby

served upon you.

Date: August 23, 2017                Respectfully submitted,

                                     **LORI WIGOD** individually and on behalf of
                                     classes of similarly situated individuals,

                                   By: /s/ Steven L. Woodrow
                                   One of Plaintiff's Attorneys

                                   Steven L. Woodrow
                                   swoodrow@woodrowpeluso.com
                                   Woodrow & Peluso, LLC
                                   3900 East Mexico Ave., Ste. 300
                                   Denver, Colorado 80210

Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Marc E McCallister
McCallister Law Group LLC
120 N. LaSalle Street
Ste 2800
Chicago, IL 60602
312 374 9301
Email: mem@mccallisterlawgroup.com

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2017, I served this document on all counsel of record by filing the document with the Court using the Court's electronic filing system.

/s/ Steven Woodrow