**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LORI WIGOD, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2017 cv 02025 |
| v. | ) ) ) | |
| PNC BANK, N.A., | ) ) ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), PNC Bank, N.A. ("PNC") moves for entry of a protective order and in support states:

1. This case involves claims related to PNC's servicing of Plaintiff's home equity line of credit and Plaintiff's applications to modify the same. As a result, many documents requested by Plaintiff contain a substantial amount of confidential personal financial information (social security numbers, financial account numbers, bank statements) that PNC will not produce without marking confidential. In addition, some documents may reflect PNC's confidential and proprietary business information.

2. PNC's counsel conferred with Plaintiff's counsel who do not object to entry of a protective order.

3. A proposed protective order, which is consistent with the Northern District of Illinois' Model Protective Order and reflects the deposition alternative chosen in redline, is attached hereto as Exhibit A. An additional copy of the proposed protective order, in non-redlined format, is being submitted to Proposed_Order_Feinerman@ilnd.uscourts.gov contemporaneously with the filing of this motion.

FOR RELIEF, PNC requests the Court grant this motion, enter a protective order substantially in the form of the proposed order attached hereto as Exhibit A, and grant all other appropriate relief.

By: /s/ Timothy L. Binetti

Timothy L. Binetti (ARDC 6282534)
Brittany E. Kirk (ARDC 6294386)
DINSMORE & SHOHL LLP
227 W. Monroe Street, Suite 3850
Chicago, IL 60606
(312) 428-2723
timothy.binetti@dinsmore.com
brittany.kirk@dinsmore.com

***Attorneys for PNC Bank, N.A.***