**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LORI WIGOD, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 2017 cv 02025 |
| v. ) ) | |
| PNC BANK, N.A., ) ) | |
| Defendant. ) | |

## NOTICE OF UNOPPOSED MOTION

To: See Attached Service List

    PLEASE TAKE NOTICE that on September 6, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Gary Feinerman in Courtroom 2125 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and present PNC Bank, N.A.'s Unopposed Motion for Entry of Protective Order, a true and correct copy of which is attached hereto and hereby served upon you.

                                                  Respectfully Submitted,

                                         By: /s/ Timothy L. Binetti

                                              Timothy L. Binetti (ARDC 6282534)
                                              Brittany E. Kirk (ARDC 6294386)
                                              DINSMORE & SHOHL LLP
                                              227 W. Monroe Street, Suite 3850
                                              Chicago, IL 60606
                                              (312) 428-2723
                                              timothy.binetti@dinsmore.com
                                              brittany.kirk@dinsmore.com

                                              ***Attorneys for PNC Bank, N.A.***

## PROOF OF SERVICE

    I, Timothy L. Binetti, an attorney, certify that I caused a true and correct copy of the foregoing PNC Bank, N.A.'s Unopposed Motion for Entry of Protective Order to be served on the following parties of record through the CM/ECF e-filing system on August 29, 2017:

## SERVICE LIST

| | |
|---|---|
| Steven L. Woodrow | Marc E. McCallister |
| Woodrow & Peluso, LLC | McCallister Law Group LLC |
| 3900 East Mexico avenue, Suite 300 | 120 N. LaSalle Street, Suite 2800 |
| Denver, CO 80210 | Chicago, IL 60602 |

          /s/ Timothy L. Binetti