# EXHIBIT A



**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

# Uniform Borrower Assistance Form

**Home Equity Account Number: 4489618321280050**

If you are experiencing temporary or long-term financial hardship and need help, please complete and submit all required documentation to PNC.

**When you sign and date the Customer Hardship Assistance Package, you will make important certifications, representations and agreements, including certifying that all of the information is accurate and truthful.**

## BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's Name: LORI WIGOD | Co-Borrower's Name: |
| Social Security Number: | Social Security Number: |
| Date of Birth: 10-10-1957 | Date of Birth: |
| Home Phone: 773-384-9091 | Home Phone: |
| Cell Phone**: 847-630-2826 | Cell Phone**: |
| Work Phone: | Work Phone: |
| Email: | Email: |
| Borrower's Mailing Address | Co-Borrower's Mailing Address (if same as Borrower's address, just write "same") |
| 1735 N Paulina St Apt 601, Chicago, IL, 606221195 | |
| Property Address (if same as the Borrower's mailing address, just write "same") | |
| 1044 N Wolcott Ave # 1, Chicago, IL, 60622 | |

**See Important Information about Phone Calls on page 11

☐ There are additional Co-Borrowers. If you have additional Co-Borrowers, please provide this information on a separate sheet.

☐ If you have a Recorded Power of Attorney, include a copy of the Power of Attorney documentation.

Number of People in Household: 2    Number of Vehicles: 2

**I want to:** ☑ Keep the Property   ○ Vacate the Property   ○ Sell the Property   ○ Undecided

**The property is my:** ○ Primary Residence   ○ Second Home/Seasonal Rental   ☑ Year-Round Rental/Investment

**The property is:** ○ Owner Occupied   ☑ Tenant Occupied   ○ Vacant   ○ Other: _____

## INCOME DOCUMENTATION

PNC may request additional documentation to complete your evaluation.

### Employment Status -- To be Provided for each Borrower, as Applicable

**Wage Earner**

☐ Hire Date of Most Recent Employment

**Borrower** __ / __ / ____   **Co-Borrower** __ / __ / ____
        MM  DD  YYYY                          MM  DD  YYYY

☐ Most recent pay stubs showing at least 30 days of year-to-date income

☐ Six most recent bank statements (checking and savings) - including all pages, even blank pages

☐ Two most recent W2s

☐ If pay stub does not reflect year-to-date earnings, then provide a signed letter or printout from employer

**Self-Employed**

☐ Federal tax return completed & signed. Include all schedules.

☐ Two most recent years of your Business federal tax return, including K1, if applicable, completed & signed. Include all schedules.

☐ Either the most recent signed & dated quarterly or year-to-date Profit & Loss statement that reflects activity for the most recent twelve months.

☐ OR Six most recent bank statements for the business account- include all pages, even blank pages.

PM-02
Page 5 of 12                    **Return this Page to PNC**



# Uniform Borrower Assistance Form

**PNC Customer Assistance
866-622-2657**
Fax Number: 866-641-2691

Home Equity Account Number: 4489618321280050

## INCOME DOCUMENTATION

### Source of Additional Household Income – to be provided for each borrower and/or contributing party, as applicable

☐ **Tips, commission, bonus, housing allowance, overtime** - Provide all documentation for the following:

    ☐ Written description of the type of income and frequency of receipt of income signed & dated

    ☐ Third-party documentation describing income (e.g., paystub, employment contracts, tip income documents)

    ☐ Two most recent bank statements -include all pages, even blank pages

☐ **Social Security, disability, death benefits, pension, public assistance or adoption assistance** - Provide all documentation for the following:

    ☐ Receipt of payment (e.g., two most recent bank statements -include all pages, even blank pages or deposit advances)

☐ **Alimony, child support or separate maintenance payments** - Provide all documentation for the following:
**Notice: Please know that you're not required to disclose Child Support, Alimony, or Separate Maintenance income, unless you choose to have it considered for this application.**

    ☐ Divorce decree, separation agreement or other written legal agreement filed with the court that states the amount of the payments & period of time that you are entitled to receive them

    ☐ Copies of two most recent bank statements - include all pages, even blank pages or deposit advances showing you received payment

### Rental properties income that is not your primary residence - Provide all documentation for the following:

☐ Most recent federal tax return with all schedules, including Schedule E

☐ OR current lease agreement with bank statements showing deposit of rent checks-include all pages, even blank pages

### Investment Income - Provide all documentation for the following:

☐ Two most recent monthly or quarterly investment statements for any 401Ks, mutual funds, stocks, bonds, CDs, IRAs, etc. If any of this income is being used as household income, please provide two most recent bank statements showing deposit amounts - including all pages, even blank pages

### Information for Non-Borrower Contributing to Household Income - Provide all documentation for the following:

☐ Two Most recent months of the borrower's bank statements showing the non-borrower's contribution being deposited regularly-include all pages, even blank pages.

☐ Signed and dated contribution letter from the non-borrower indicating amount contributed to the household.

02/21/2017 1:54 PM FAX 7733849091+ ☑0003/0023

# Uniform Borrower Assistance Form

**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

Home Equity Account Number: 4489618321280050

## COMBINED INCOME AND EXPENSE OF BORROWER AND CO-BORROWER(S)

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Net Wages | $ 5,168 | First Mortgage Payment-Primary Residence | $ 667 | Checking Account(s) | $ 2,000 |
| Self Employment Income | $ | Second Mortgage Payment-Primary Residence | $ N/A | Savings/Money Market | $ 4,500 |
| Tips, commissions, & bonus | $ 441 | Property Taxes Escrowed? ☐YES | $ 1068 | CDs | $ 20,000 |
| Net Rental Income | $ <7187> | Homeowner's Insurance Escrowed? ☐YES | $ 96 | Stocks/Bonds | $ 45,400 |
| 401K Income (if retired) | $ | Mortgage Payments other properties*** | $ | Retirement Accounts | $ 902,139 |
| Stocks/Bonds Income | $ | Other Liens | $ | Other Cash on Hand | $ |
| Unemployment Income | $ | HOA/Condo Fees/Prpty Maint | $ 1,191 02 | Value of all Real Estate except principal residence | $ <242,365> |
| Disability | $ | Car/Lease Payments | $ | Other (describe below): | $ |
| Child Support* | $ | Auto Expenses | $ 295 | | |
| Alimony* | $ | Auto Insurance | $ 115 | | |
| Overtime | $ | Credit Cards/Installment Loan(s) (total minimum pmt per month) | $ | | |
| Taxable Social Security, annuity, retirement income | $ | Food | $ 750 | | |
| Food Stamps/Welfare | $ | Utilities (G/E/W) | $ 199 | | |
| Gross Rents Received ** | $ | Medical (co-pays and monthly prescriptions) | $ 150 | | |
| Untaxed Social Security/SSD | $ | Telephone | $ 22 | | |
| Other (describe below): | $ | Cell Phone | $ 205 | | |
| | | Internet | $ | | |
| | | Cable | $ 19 | | |
| | | Child Care/Tuition | $ | | |
| | | Child Support/Alimony Payments | $ | | |
| | | Payroll Deduction   Medical | $ 962 | | |
| | | Flood Insurance ☐YES | $ | | |
| | | Other (describe below): | $ | | |
| **Total Monthly Income** | 4891 $ | **Total Debt/Expenses** | $ 5739 | **Total Assets** | $ |

*Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for this application.
** Include rental income received from all properties you own EXCEPT a property for which you are seeking hardship assistance.
*** Include mortgage payments on all properties you own EXCEPT your principal residence and the property for which you are seeking hardship assistance.

02/21/2017 1:55 PM FAX 7733849091+ ☑0004/0023

# Uniform Borrower Assistance Form

**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

**Home Equity Account Number: 4489618321280050**

## PROPERTY DETAILS

**Is the property listed for sale?** ○ Yes ⦿ No    If you have additional properties for sale, please list these properties and the information below on a separate sheet of paper.

**If YES, please complete the following:**

For Sale by Owner? ○ Yes ○ No    ☐ Include a copy of the **Listing Agreement**, if applicable    Agent's Name _____

List Date: ___ / ___ / ___    ☐ Include a copy of the **Purchase Agreement**, if applicable    Phone Number( ___ ) ___ - ___
      MM  DD  YYYY

☐ If Applicable, Include a Letter from your first mortgage holder showing payoff amount **OR** ☐ Mortgage statement showing <u>current balance</u>

☐ If your property is in a flood zone, please provide a copy of your flood insurance policy

☐ Include a copy of your Homeowners Insurance Policy    ☐ Include a copy of your most recent tax bill(s)

☐ If you have any tax delinquencies, please provide documentation showing delinquent amount details

**If you wish to sign an Authorization to Release Information – Please Review and Sign below to allow third-party correspondence:**
I/We hereby authorize PNC to release information and to discuss the terms of my home equity account. This includes, but is not limited to, the negotiation of the sale of my house to (list company name) _____ and its employees including but not limited to _____ at phone _____ and e-mail _____.
This authorization shall remain in effect until revoked in writing.

| Borrower's Signature _____ | LORI WIGOD<br>Borrower's Printed Name _____ | Date _____ |
| Co-Borrower's Signature _____ | Co-Borrower's Printed Name _____ | Date _____ |

## AGREEMENTS AND AUTHORIZATIONS

### SHORT SALE DEFICIENCY AGREEMENT

If your creditor agrees to enter into a short sale, the mortgage or deed of trust securing my/our home equity account will be released upon payment of the agreed upon proceeds from the sale of my/our property. Because it is a short sale, the amount that will be paid to your creditor is less than the balance owed on my/our home equity account. Unless prohibited by applicable law, I/we agree to remain responsible for the repayment of the remaining balance on my/our home equity account pursuant to the terms of my/our note or line of credit agreement. By signing below, I/we acknowledge and agree to the foregoing.

**Notice: This Short Sale Deficiency Agreement is not applicable to a home equity account which has been or will be discharged in a bankruptcy proceeding under the U.S. Bankruptcy Code.**

| Borrower's Signature _____ | LORI WIGOD<br>Borrower's Printed Name _____ | Date _____ |
| Co-Borrower's Signature _____ | Co-Borrower's Printed Name _____ | Date _____ |

### GOVERNMENT SPONSORED ENTERPRISE AUTHORIZATION

Authorization to PNC to determine if mortgagee is a Government Sponsored Enterprise: As the owner of the property, I/we hereby give my/our consent to PNC Bank, National Association, to search the Federal Home Loan Mortgage Corporation ("Freddie Mac") and Federal National Mortgage Association ("Fannie Mae") website to determine if Freddie Mac or Fannie Mae owns any of the mortgages on the aforementioned Property, whether serviced by PNC Bank or another loan servicer.

| *Lori Wigod* | LORI WIGOD | 8/31/2016 |
| Borrower's Signature | Borrower's Printed Name | Date |
| Co-Borrower's Signature _____ | Co-Borrower's Printed Name _____ | Date _____ |

02/21/2017 1:56 PM FAX 7733849091+ @0005/0023



# Uniform Borrower Assistance Form

**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

Home Equity Account Number: 4489618321280050

## Borrower Hardship Information

I/we the undersigned would like to request a reduction in my/our home equity loan or line of credit payments.

Reason you are having difficulty making your payments:

> See enclosed letter of explanation

How long will this difficulty last?

> Absent a HELOC payment reduction the financial difficulty will be permanent.

How do you expect this difficulty will be resolved?

> The problem can only be resolved via a payment reduction on the HELOC.

Continue on Next Page     Return this Page to PNC

02/21/2017 1:56 PM FAX  7733849091+                                                    @0006/0023



# Uniform Borrower Assistance Form

**PNC Customer Assistance**
866-622-2657
Fax Number: 866-641-2691

**Home Equity Account Number:** 4489618321280050

## BORROWER AND CO-BORROWER(S) ACKNOWLEDGEMENT AND AGREEMENT

I certify, acknowledge, and agree to the following:

1. All of the information in this Uniform Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for hardship relief.
2. The accuracy of my statements may be reviewed by PNC, owner or guarantor of my home equity account, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all PNC, or authorized third party*, communications.
3. Knowingly submitting false information may violate Federal and other applicable law.
4. If I have intentionally defaulted on my existing home equity account, engaged in fraud or misrepresented any fact(s) in connection with this request for hardship relief or if I do not provide all required documentation, PNC may cancel any hardship relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.
5. PNC is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
6. I may be eligible for a trial period plan, reage plan, or extension plan. If I am eligible for one of these plans, I agree that:
   a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.
   b. My first timely payment under the plan, if applicable, will serve as acceptance of the terms set forth in the notice of the plan sent by PNC.
   c. PNC's acceptance of any payments under the plan will not be a waiver of any acceleration of my home equity account or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my home equity account.
   d. If I qualify for and enter into a modification agreement and the property securing my loan is in a Special Flood Hazard Area (SFHA), I agree to the establishment of an escrow account for payment of taxes and insurance, to be administered under the Real Estate Settlement Procedures Act. Unless required by law, PNC will not pay interest on the escrow amounts.
7. A condemnation notice has not been issued for the property.
8. PNC or authorized third party* will obtain a current credit report on all borrowers obligated under the Home Equity Account.
9. PNC or authorized third party* will collect and record personal information that I submit in this Customer Hardship Assistance Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to PNC or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:
   a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them.

_Lori Wigod_ (signature)
Borrower's Signature

LORI WIGOD
Borrower's Printed Name

8/31/2016
Date

Co-Borrower's Signature

Co-Borrower's Printed Name

Date

* An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining hardship assistance.

** Important information about phone calls, texts and prerecorded messages: If, at any time, you provide to us contact numbers that are wireless telephone number(s) including but not limited to cell or VoIP numbers, you are consenting to PNC, its affiliates and designees using an automated dialing system to call or text you or to send prerecorded messages to you in order to service and collect your personal account(s) and your business accounts for which you are an authorized signer, but not to market to you. You may withdraw the consent to use an automated dialing system or to leave prerecorded messages at any time by contacting us. For any type of phone call with us, you consent that the call may be monitored or recorded by us for quality control and training purposes.

**Return this Page to PNC**

## Reasons Why I Will Have Difficulty Making Future Payments

The 1st lien on this property was recently modified to terminate an ongoing foreclosure. A subsequent increase in the city and county real estate tax bills were not accounted for in this modification. The modification was incorrectly based on last years amounts.

The monthly payment on the 2nd lien increased in December 2015 when market interest rates were increased. Any upcoming future increases in interest rates will further increase the monthly payment because this loan is not a fixed rate one.

Even without any future interest rate increases the monthly payment on the 2nd lien will increase dramatically next year, by at lease $648 per month, when the loan converts from being interest only to amortizing over a 20 year period.

The monthly condo association assessments for both properties will be increased for next year because the city has recently instituted a garbage collection fee and is substantially increasing a water and sewer usage tax.

The real estate tax payment for my residence has also just increased by $200  per month, further cutting into my monthly cash flow.

The above items have combined to create an unworkable financial situation. Absent a payment amount decrease and fixing the interest rate on the 2nd lien, I will not be able to continue pay this loan any longer.

## NET RENTAL INCOME
### 1044 N. WOLCOTT, UNIT 1, CHICAGO, IL 60622

**$2,625**          Gross monthly rental of $3,500 grossed-down by 25%
to cover non-occupied, repair, & upkeep expenses

$1,391     First mortgage P&I at Ocwen Loan Servicing

$713     2nd mortgage HELOC at PNC Bank

$681     1/12 of annual Rea, Estate Taxes

$176     Monthly HOA assessment

$52     1/12 of annual association special repair assessment

$75     Property insurance

$292     1/12 of annual leasing agent fee

**$15**     1/12 of annual cleaning fee

$719     NET MONTHLY LOSS

# PROPERTY VALUE FOR
## 1044 N. WOLCOTT, UNIT 1, CHICAGO, IL 60622

BPO valuation obtained by Ocwen Loan Servicing
in December 2015                                             $439,000.00

1st Mortgage balance as of 8/8/2016        $421,818.00

2nd Lien PNC HELOC Balance                 $229, 447.00

CURRENT VALUE OF PROPERTY
AFTER SUBTRACTING LIENS                                   <$212,265.00>

02/21/2017 1:58 PM FAX 7733849091+ &#9745;0010/0023



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

5/18/2016

Loan Number: 600950857

Lori A Wigod
1735 N Paulina St Apt 601
Chicago, IL 60622-1195

<u>**Property Address:**</u>
1044 N Wolcott Ave#1
Chicago, IL 60622

## IMPORTANT INFORMATION REGARDING YOUR MODIFICATION DENIAL
### PLEASE READ CAREFULLY

Dear Customer(s),

You are receiving this letter because we may have previously sent you a denial letter pertaining to your application for mortgage assistance that may not have contained the property value used in determining your eligibility. Since we might not have included the original property value in the previous modification denial letter, we are offering you the opportunity to dispute the modification decision at this time, whether the decision was based on your property value or other reason. For your reference, enclosed is a copy of the previous denial letter.

**Property value used during the review:**
We verified the market value of your property as $439,000.00.

**What should you do if you disagree with the reason(s) for non-approval and want to appeal?**
If you disagree with the reason(s) for non-approval of any loan modification option, whether based on your property value or other reason, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please send a copy of this letter, along with any supporting documents, to:

Ocwen Loan Servicing, LLC
Escalations Department
P.O. Box 785061
Orlando, FL 32878-5061
Email: escalatedcases@ocwen.com

No foreclosure sale will be conducted and you will not lose your home during this 30-day period. However, please note the foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

We are sorry for any confusion or concern caused by our error and we are committed to helping you however we can.

600950857                                                                                          MPV_v2.0

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in an active bankruptcy case or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

NMLS # 1852

02/21/2017 1:59 PM FAX  7733849091+ 0011/0023

View Paycheck

Page 1 of 2

## PNC  Lori Wigod

[Print]

PNC Bank NA
Two PNC Plaza
620 Liberty Avenue
Pittsburgh, PA 15222
18779887782

**Net Pay:** $1,538.85
**Pay Period Begin Date:** 07/25/2016
**Pay Period End Date:** 08/07/2016
**Check Date:** 08/05/2016

### General

| | | | |
|---|---|---|---|
| Name: | Lori Wigod | Pay Group: | Exempt |
| Employee ID: | 567751364 | Department: | 8500036069 - BUCKTOWN - BM |
| Address: | 1735 N Paulina | Location: | Bucktown |
| | Unit 601 | Job Title: | Branch Mgr Sr (MLO) |
| | Chicago, IL 60622 | Pay Rate: | $82,651.00   Annual |

### Tax Data

| | | | |
|---|---|---|---|
| Fed Marital Status: | Single | IL Marital Status: | Not applicable |
| Fed Allowances: | 8 | IL Allowances: | 1 |
| Fed Addl Amount: | $0.00 | IL Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,178.88 | 1,914.12 | 349.23 | 1,290.80 | 1,538.85 |
| YTD | 54,171.64 | 33,283.63 | 6,588.66 | 21,066.00 | 26,516.98 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | | | 3,178.88 | 44,858.36 |
| NonCashAwd | | | | 7.50 |
| Holiday | | | | 1,865.50 |
| Other Comp | | | | 3.00 |
| Time Off | | | | 948.20 |
| Incentive | | | | 000.00 |
| Vacation | | | | 3,151.58 |
| INCENT-SUP | | | | 2,625.00 |
| Total: | | | 3,178.88 | 54,171.64 |

### Taxes

| Description | Amount | YTD Amount | Taxable Grs | Taxable Grs YTD |
|---|---|---|---|---|
| Fed Withholding | 69.38 | 1,757.35 | 1,914.12 | 33,283.63 |
| Fed MED/EE | 40.03 | 686.65 | 2,760.90 | 47,493.39 |
| Fed OASDI/EE | 171.18 | 2,944.59 | 2,760.90 | 47,493.39 |
| IL Withholding | 68.64 | 1,198.07 | 1,914.12 | 33,283.63 |

02/21/2017 1:59 PM FAX 7733849091+        0012/0023

View Paycheck

Page 2 of 2

| Total: | 349.23 | 6,588.66 |
|--------|--------|----------|

### Before-Tax Deductions

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| 70%LTD | 11.35 | 180.80 |
| DENTAL | 14.21 | 227.36 |
| EE HSA CON | 290.36 | 4,646.08 |
| MEDICAL | 103.85 | 1,659.67 |
| VISION | 4.74 | 76.84 |
| ISP | 635.78 | 10,833.76 |
| ISP CA Now | 211.00 | 3,376.00 |
| Total: | 1,271.31 | 20,999.61 |

### After Tax Deductions

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| ACC INS | 2.77 | 44.32 |
| Net Pay Adj | | -245.35 |
| OPT LIF EE | 7.95 | 127.20 |
| OPT LIF SP | 8.77 | 140.32 |
| Total: | 19.49 | 66.49 |

### Employer Paid Benefits

| Description | Amount | YTD Amount |
|-------------|--------|------------|
| ER HSA CON | 7.69 | 123.04 |
| IMP LIF* | 6.55 | 104.00 |
| ISP | 127.16 | 2,166.80 |
| * Taxable | | |
| Total: | 141.40 | 2,393.84 |

### Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|--------------|-----------------|--------------|----------------|--------|
| Direct Deposit | 6178269 | Checking | 882708175 | 534.00 |
| Direct Deposit | 6178269 | Checking | 4844742788 | 1,004.85 |
| Total: | | | | 1,538.85 |

### Leave Balances

| Description | YTD Amount |
|-------------|------------|
| Vacation | 66.67 |
| Personal | 8.00 |
| Floating | 0.00 |
| Total YTD Amount: | 74.67 |

02/21/2017 1:59 PM FAX  7733849091+           ☑ 0013/0023

View Paycheck                                                           Page 1 of 2

 PNC    Lori Wigod                                    [ Print ]

| | |
|---|---|
| PNC Bank NA | |
| Two PNC Plaza | Net Pay:   $1,538.86 |
| 620 Liberty Avenue | Pay Period Begin 07/11/2016 Date: |
| Pittsburgh, PA 15222 | Pay Period End   07/24/2016 Date: |
| 18779687762 | Check Date:   07/22/2016 |

### General

| Name: | Lori Wigod | Pay Group: | Exempt |
|---|---|---|---|
| Employee ID: | 567751364 | Department: | 8500038089 - BUCKTOWN - BM |
| Address: | 1735 N Paulina Unit 601 Chicago, IL 60622 | Location: | Bucktown |
| | | Job Title: | Branch Mgr Sr (MLO) |
| | | Pay Rate: | $82,651.00   Annual |

### Tax Data

| Fed Marital Status: | Single | IL Marital Status: | Not applicable |
|---|---|---|---|
| Fed Allowances: | 8 | IL Allowances: | 1 |
| Fed Addl Amount: | $0.00 | IL Addl Amount: | $0.00 |

### Paycheck Summary

| | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,178.88 | 1,914.12 | 349.22 | 1,290.80 | 1,538.86 |

### Earnings

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Regular | | | 3,178.88 |
| Holiday | 8.00 | 39.736058 | 317.89 |
| Regular | -8.00 | 39.736058 | -317.89 |
| | | | |
| Total: | | | 3,178.88 |

### Taxes

| Description | Amount | Taxable Grs |
|---|---|---|
| Fed Withholding | 69.38 | 1,914.12 |
| Fed MED/EE | 40.03 | 2,760.90 |
| Fed OASDI/EE | 171.17 | 2,760.90 |
| IL Withholdng | 68.64 | 1,914.12 |
| | | |
| Total: | 349.22 | |

### Before-Tax Deductions

| Description | Amount |
|---|---|
| 70%LTD | 11.35 |
| DENTAL | 14.21 |
| EE HSA CON | 290.38 |

### After Tax Deductions

| Description | Amount |
|---|---|
| ACC INS | 2.77 |
| OPT LIF EE | 7.95 |
| OPT LIF SP | 8.77 |

### Employer Paid Benefits

| Description | Amount |
|---|---|
| ER HSA CON | 7.69 |
| IMP LIF* | 6.55 |
| ISP | 127.16 |

02/21/2017 2:00 PM FAX  7733849091+                                        ☒0014/0023

View Paycheck                                                    Page 2 of 2

| MEDICAL | 103.85 |
|---|---|
| VISION | 4.74 |
| ISP | 635.76 |
| ISP CA New | 211.00 |
| | |
| Total: | 1,271.31 |

| | |
|---|---|
| | |
| Total: | 19.49 |

| | |
|---|---|
| ^ Taxable | |
| Total: | 141.40 |

**Net Pay Distribution**

| Payment Type | Paycheck Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 6139077 | Checking | 862708175 | 534.00 |
| Direct Deposit | 6139077 | Checking | 4644742788 | 1,004.86 |
| | | | | |
| Total: | | | | 1,538.86 |

Chase Online - Deposit Details

## Chase Online

**Deposit Details for BUSINESS CLASSIC (...2425)**

| Total deposit amount | $3,500.00 | Number of checks in deposit | 1 | Post date | 08/05/2016 |
|---|---|---|---|---|---|

See deposit slip

**Checks Deposited**

| ☐ Include all in PDF | Check Number | Amount | Account | Routing Number | Action |
|---|---|---|---|---|---|
| ☐ | 286 | $3,500.00 | 652664061 | 071000013 | Hide |



Front
Back
Enlarge
Print

Need help printing or saving
this check?

What would you like to do next?   ▸ Download all deposit details
▸ Return to account activity
▸ See Download Center

© 2016 JPMorgan Chase & Co

Chase Online - Deposit Details

## Chase Online

**Deposit Details for BUSINESS CLASSIC (...2425)**

| Total deposit amount | $3,500.00 | Number of checks in deposit | 1 | Post date | 07/11/2010 |
|---|---|---|---|---|---|

See deposit slip

**Checks Deposited**

| ☑ Include all in PDF | Check Number | Amount | Account | Routing Number | Action |
|---|---|---|---|---|---|
| ☑ | 360 | $3,500.00 | 485002376250 | 323070380 | Hide |



Front
Back
Enlarge
Print

Need help printing or saving this check?

Create 1 PDF for 1 check(s) selected.

I would like: Up to 4 Checks per Page ☑

**What would you like to do next?**
- ▶ Download all deposit details
- ▶ Return to account activity
- ▶ See Download Center

© 2016 JPMorgan Chase & Co.

02/21/2017 2:01 PM FAX  7733849091+                                          ☑0017/0023

Chase Online - Deposit Details

## Chase Online

**Deposit Details for BUSINESS CLASSIC (...2425)**

| Total deposit amount | $3,500.00 | Number of checks in deposit | 1 | Post date 06/08/2016 |
|---|---|---|---|---|

See deposit slip

**Checks Deposited**

| ☑ Include all In PDF | Check Number | Amount | Account | Routing Number | Action |
|---|---|---|---|---|---|
| ☑ | 377 | $3,500.00 | 652664061 | 071000013 | Hide |



| | |
|---|---|
| | Front |
| | Back |
| | Enlarge |
| | Print |

Need help printing or saving this check?

Create 1 PDF for 1 check(s) selected.

I would like: [Up to 4 Checks per Page ▼]

**What would you like to do next?**
- ▶ Download all deposit details
- ▶ Return to account activity
- ▶ See Download Center

© 2016 JPMorgan Chase & Co.

02/21/2017 2:01 PM FAX  7733849091+                                    ☑0018/0023
08/31/2016 9:36 AM FAX     7733849091+                                      P.0001

```
*****************************
***        Send Results        ***
*****************************

          Sending is complete.

  Job No.                    0196
  Address                    18666412691
  Name
  Start Time                 08/31 09:29 AM
  Call Length                06'28
  Sheets                     18
  Result                     OK
```



# FAX COVER SHEET

## PNC CUSTOMER HARDSHIP ASSISTANCE PACKAGE

| FROM | TO |
|---|---|
| Name: *Lori A. Wigod* | **PNC LOAN SOLUTIONS** |
| Telephone: *847/630-2826* | Fax to: 866-641-2691 |

Home Equity Account Number: 4489618321280050

Number of Pages:  *18*

02/21/2017 2:02 PM FAX 7733849091+        0019/0023



## WE ARE HERE TO HELP

**Dear PNC Customer:**

We know how challenging it can be when you're experiencing difficulty in keeping your home equity account payments current. Whether your situation is temporary or long-term, PNC wants to help you.

To do so, it's important that you begin working with us as soon as possible. That's why we're providing you with the attached Customer Hardship Assistance Package, which will help us determine whether you qualify for hardship assistance.

**Find Out What Options May Be Available**

By reviewing the Customer Hardship Assistance Package, you can start learning about the various options that may be available to you.

In the section titled "Hardship Assistance Options," you'll see a description of each potential relief option, as well as the eligibility requirements.

**Key Facts to Keep in Mind**

- You may or may not be eligible for a home equity account modification to help bring your home equity account current, or other hardship relief.
- If you are approved for hardship relief, the terms of your home equity account will change, and we will thoroughly review the modified home equity account terms with you.
- Depending on your specific home equity account or the investor that owns your home equity account, only specific programs may be available.
- You may be required to complete a 3-month trial period plan to demonstrate your ability to make consistent payments.

**Let Us Help You**

After you review the Customer Hardship Assistance Package, simply follow the instructions on the first page and submit all your required information and documentation to help us understand the challenges you're facing.

Once we receive and evaluate your information, we will contact you regarding your options and next steps.

If you have any questions about the Customer Hardship Assistance Package or would like immediate assistance, please contact your PNC Customer Assistance Team. **We're available M-F 8 AM-9 PM ET, Saturday 8 AM-2 PM ET, at 866-622-2657. We are closed on Sunday.**

If you are currently under the protections of the Servicemembers Civil Relief Act (SCRA), you may be entitled to other benefits and protections. You can call the Servicemember Operations Center at (844)-762-7772 for further assistance.

This is an attempt to collect a debt and/or enforce our lien. Any information obtained will be used for that purpose unless prohibited by applicable law. However, if this debt has been discharged or if you are protected by the automatic stay in bankruptcy, we are not attempting to collect the debt from you personally, and if we have obtained relief from the automatic stay, we will only exercise our rights against any collateral. By providing this notice we do not waive any applicable exemptions from state or federal collection laws.

If you are requesting loss mitigation, please note that normal collection activity, collection litigation and/or foreclosure activity may continue on your loan to the extent allowed by law while your request is being reviewed. Any information requested may be necessary to determine your eligibility for loss mitigation options.

The sooner you reply, the sooner we can help!

Sincerely,

PNC Customer Assistance

### Take the First Step

1. **See the instructions on the first page of the Customer Hardship Assistance Package**
2. **Review:**
   - Hardship Assistance Options
   - Frequently Asked Questions
3. **Submit required information**
   - Uniform Borrower Assistance Form, which includes:
     - Income Documentation
     - Borrower Hardship Information
   - Copy of federal tax returns from the two most recent years

**NOTE:** Supplying this information will not guarantee that you qualify for hardship assistance in any of our programs, but will provide us with the information to consider you for programs specifically available to your home equity account.

**If you need assistance, contact us immediately at 866-622-2657**

**NOTE: Supplying the requested information will not guarantee you qualify for hardship assistance in any of our programs, but will provide us with the information to consider you for programs specifically available to your home equity account.**

PM-02

02/21/2017 2:02 PM FAX 7733849091+                                    ☑0020/0023

# PNC Customer Hardship Assistance Package

**PNC Customer Assistance**
**866-622-2657**
Hours of Operation:
Mon-Fri: 8AM-9PM ET; Sat: 8AM-2PM ET

Early communication with PNC is very important to ensure your options are not limited. Please contact us as soon as possible to discuss your financial situation and maximize your options. Completing, signing and returning the documents provided in this package is the first step.

**Let's Get Started**

Please review all of the pages in this package, and then **make sure they're fully completed, signed where required and returned**. For your convenience you can either a) enter/type your information directly within this package, print and mail, or fax us a hard copy; or b) you can print a blank copy, fill/write in your information, and mail or fax us the hard copy. Once you provide us with this information, we can act quickly to help. You will need to complete a package for each property needing assistance. Please be sure to write your Home Equity Account Number on every page of documentation being sent to PNC.

### Uniform Borrower Assistance Form

○ The Uniform Borrower Assistance Form allows you to detail your particular financial hardship, plus your property, income, expenses, loans and other essential information. Please make sure you fill out this form COMPLETELY.

### Borrower Hardship Information

○ You will need to include a brief description of your hardship.

### Income Documentation

○ You will need to include specific income verification documents according to your sources of income.

### Submit documents noted above to PNC

Please return via one of the following methods:

| FAX: | MAIL: |
|---|---|
| 866-641-2691 | PNC<br>Y858-01-3<br>Loss Mitigation<br>PO Box 5570<br>Cleveland, Oh 44101-8658 |

02/21/2017 2:03 PM FAX 7733849091+            ☑0021/0023



**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

# Hardship Assistance Options

**Programs That May be Available**

PNC understands unforeseen circumstances can create financial hardship and your ability to make your home equity account payments on time. If you are struggling or unable to make your payment, we want you to be aware of various options that may be available to you.

| OPTION | OVERVIEW | BENEFIT |
|---|---|---|
| Reinstatement | Pay the total amount you owe, in a lump-sum payment and by a specific date. | Allows you to avoid foreclosure by bringing your home equity account current if you can show you have funds that will become available on a specific date |
| Home Equity Line of Credit Re-Age | Provides the opportunity to bring your home equity account current by making three consecutive monthly payments within a 90 day period | Allows your account to be brought current without having to pay your entire delinquency amount at one time |
| Home Equity Loan Extension | Provides the opportunity to bring the account current while deferring the past due payment(s). This is accomplished by extending the maturity date by the number of payments extended | Allows your account to be brought current without having to pay your entire delinquency amount at one time |
| Modification | Receive modified terms of your home equity account to make it more affordable or manageable. You may be required to complete a "trial period" (i.e., completing a three-month trial period plan) | Modifies your account so that your payments or terms are more manageable |
| Short Sale | Sell your home and release the lien(s) by paying off a portion of your home equity account balance when you owe more on the home than it's worth. All lien holders must agree to the price. You may be required to pay the remaining home equity account balance in a lump sum or over time | Allows you to transition out of your home without going through foreclosure |
| Deed-In-Lieu of Foreclosure | Transfer the ownership of your property to us | Allows you to transition out of your home without going through foreclosure. This is useful when there are no other liens on your property |



**PNC Customer Assistance
866-622-2657**
Fax Number: 866-641-2691

# Frequently Asked Questions

**1. What happens after I send the Customer Hardship Assistance Package to you?**

Once we receive your Customer Hardship Assistance Package, we'll contact you within five business days to confirm that we have it, and will begin reviewing the contents. Should there be any missing information or documentation you still must submit, we will send you a notice of incompleteness.

Within 30 days after receiving your complete Customer Hardship Assistance Package, we will let you know which hardship assistance alternatives, if any, are available to you, and also what your next steps are to accept our offer.

**PLEASE NOTE:** We cannot guarantee that you will receive any (or a particular type of) assistance. In addition, there is no guarantee we can evaluate you for a hardship assistance alternative in time to stop the foreclosure sale.

**2. What happens to my home equity account while you are evaluating my Customer Hardship Assistance Package?**

You are still obligated to make all home equity account payments as they come due, even while we're evaluating all available assistance options.

**3. Will it cost money to review my customer hardship assistance package?**

There should never be a fee from PNC or a qualified counselor when getting help or information about foreclosure prevention options. However, because foreclosure prevention has become a target for scam artists, be wary of companies or individuals offering to help you for a fee.

**4. What if my property is scheduled for a foreclosure sale in the future?**

Time is of the essence and you will need to contact PNC quickly. If you submit a complete Customer Hardship Assistance Package and you have a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the sale. A court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

**5. Where can I find more information on foreclosure prevention?**

Please see Hardship Assistance Options via page 3 in this packet for more information, or **contact PNC Customer Assistance at 866-622-2657.**

**6. Will my credit score be affected?**

We have no control over your credit score which is created by credit reporting agencies and is based on many factors including all of your reported credit history that is being furnished to the credit reporting agencies.

**7. How can I avoid delays in processing my request?**

Be sure to write the Home Equity Account Number on **every page** of documentation that you send to PNC. Also, provide a completed Customer Hardship Assistance package for **each** property needing assistance.

02/21/2017 2:04 PM FAX  7733849091+                                                                    ☑0023/0023



# Uniform Borrower Assistance Form

**PNC Customer Assistance**
**866-622-2657**
Fax Number: 866-641-2691

## NOTICE OF RIGHT TO RECEIVE COPY OF APPRAISAL REPORT

We may order an appraisal or valuation in conjunction with your application to determine the property's value. There may be a charge for this appraisal or valuation depending on the owner of your loan. We will promptly give you a copy of any appraisal or valuation we receive, even if your loss mitigation application is withdrawn or denied.

You may pay for an additional appraisal for your own use at your own cost should you so choose. If you have any questions regarding the appraisal or valuation please contact us at 866-622-2657.

Please keep this notice with your other loan records.