# EXHIBIT B

02/21/2017 3:03 PM FAX 7733849091+ ☑0001/0007

# Home equity line of credit

## PNC BANK

LORI A WIGOD, visit pnc.com to take advantage of our free online bill payment service to ensure your monthly payment arrives on time, avoid late fees and maintain your good credit rating.

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| Statement closing date | 10/02/16 |
| New balance | $229,446.89 |
| Minimum payment | $712.78 |
| Due date | 10/27/16 |

Questions?
pnc.com
1-877-526-3603

### Your account summary

| | | | |
|---|---|---|---|
| Previous balance | $229,446.89 | Total credit limit | $228,976.00 |
| Payment received on 09/30/16 - thank you | $712.78 | Total available credit | $0.00 |
| Purchases | $0.00 | | |
| Advances | $0.00 | | |
| Bank paid fees/taxes | $0.00 | | |
| Late and overlimit fees | $0.00 | | |
| Finance charges | $712.78 | | |
| Credits | $0.00 | | |
| **New balance** | **$229,446.89** | | |
| Minimum payment | $712.78 | | |
| Due date | 10/27/16 | | |

### Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 09/30 | 09/30 | 7448960M2SQ1A2RDY | PAYMENT*THANK YOU | LOUISVILLE KY | $712.78- |
| 10/02 | 10/02 | | *FINANCE CHARGE* | | 712.78 |

5170  0002 HMH    801  7  1   161002  0    E D PAGE 1 of 5    1 0  4264  6100  1570  0AS170CE    49540

---

## PNC BANK
PO BOX 5570
CLEVELAND OH 44101-0570

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| New balance | $229,446.89 |
| Minimum payment | $712.78 |
| Due date | 10/27/16 |

PAYMENT ENCLOSED

$ _____

4489618321280050002294468900000712780000071278b

LORI A WIGOD
1735 N PAULINA ST APT 601
CHICAGO IL 60622-1195

49540
0110

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

⑈448⑈ ⑆5000⑈0080⑇ 9618321280050⑈ 001

02/21/2017 3:04 PM FAX 7733849091+ ☒0002/0007

 **PNC BANK**

Account # XXXX XXXX XXXX 0050
Statement closing date 10/02/16

## Your finance charges

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | MONTHLY PERIODIC RATE (MAY VARY) | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | 3.750% | 0.313% | $0.00 | $0.00 |
| Advances | 3.750% | 0.313% | $227,725.30 | $712.78 |

**Blended APR: 3.75%**
Days in billing cycle: 30

## ❶ Important information - please read

Your account is currently closed.

Enclosed is a new PNC Privacy Notice.

1-2

E Q PAGE 2 of 5   1 0 4264 6100 1570 0A5170CE   49540

02/21/2017 3:04 PM FAX 7733849091+ ☒0003/0007

**PNC BANK**

**Home equity line of credit**

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| Statement closing date | 11/02/16 |
| New balance | $230,159.67 |
| ⑤ Total minimum payment due | $1,425.56 |
| ⑧ Due date | 11/27/16 |

Questions?
pnc.com
1-866-622-2657

## Your account summary

| | | | |
|---|---|---|---|
| Previous balance | $229,446.89 | Total credit limit | $228,976.00 |
| Payment received | $0.00 | Total available credit | $0.00 |
| Purchases | $0.00 | | |
| Advances | $0.00 | | |
| Bank paid fees/taxes | $0.00 | | |
| Late and overlimit fees | $0.00 | | |
| Finance charges | $712.78 | | |
| Credits | $0.00 | | |
| **New balance** | **$230,159.67** | | |
| Past due amount - due now | $712.78 | | |
| Current minimum payment | $712.78 | | |
| ⑤ Total minimum payment due | $1,425.56 | | |
| ⑧ Due date | 11/27/16 | | |

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 11/02 | 11/02 | | *FINANCE CHARGE* | $712.78 |

5170 0002 HMH 001 7 1 161102 0 EXPAGE 1 of 3 1 0 4264 6100 L570 0A5170CE 50382

---

**PNC BANK**
PO BOX 5570
CLEVELAND OH 44101-0570

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| New balance | $230,159.67 |
| ⑤ Total minimum payment due | $1,425.56 |
| ⑧ Due date | 11/27/16 |

PAYMENT ENCLOSED

4489618321280050002301596700000712780000142556 2    $ _____

LORI A WIGOD                    50382
1735 N PAULINA ST APT 601       0111
CHICAGO IL 60622-1195

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

⑊448⑊ ⑆5000⑊0080⑆ 9618321280050⑊ 001

Case: 1:17-cv-02025 Document #: 68-2 Filed: 02/28/18 Page 5 of 8 PageID #:691

02/21/2017 3:05 PM FAX 7733849091+ ☒0004/0007

 **PNC BANK**

Account # XXXX XXXX XXXX 0050
Statement closing date 11/02/16

## Your finance charges

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | MONTHLY PERIODIC RATE (MAY VARY) | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | 3.750% | 0.313% | $0.00 | $0.00 |
| Advances | 3.750% | 0.313% | $227,725.30 | $712.78 |

**Blended APR: 3.75%**
Days in billing cycle: 31

### ❶ Important information - please read

Your account is currently closed.

---

5170  0002 HRH     001  7  1   161102 0     C X PAGE 2 of 3     10 4264 6100 L570 0A5170CC    50382

02/21/2017 3:05 PM FAX 7733849091+ ☒0005/0007

# ⓐ PNC BANK

**Home equity line of credit**

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| Statement closing date | 12/02/16 |
| New balance | $230,159.67 |
| ⓢ Total minimum payment due | $1,425.56 |
| ⓓ Due date | 12/27/16 |

Questions?
pnc.com
1-866-622-2657

## Your account summary

| | | | |
|---|---|---|---|
| Previous balance | $230,159.67 | Total credit limit | $228,976.00 |
| Payment received on 11/04/16 - thank you | $712.78 | Total available credit | $0.00 |
| Purchases | $0.00 | | |
| Advances | $0.00 | | |
| Bank paid fees/taxes | $0.00 | | |
| Late and overlimit fees | $0.00 | | |
| Finance charges | $712.78 | | |
| Credits | $0.00 | | |
| **New balance** | **$230,159.67** | | |
| Past due amount - due now | $712.78 | | |
| Current minimum payment | $712.78 | | |
| ⓢ Total minimum payment due | $1,425.56 | | |
| ⓓ Due date | 12/27/16 | | |

## Your transactions

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 11/04 | 11/04 | 7448960N5SQ1ALT88 | PAYMENT*THANK YOU | LOUISVILLE KY | $712.78- |
| 12/02 | 12/02 | | *FINANCE CHARGE* | | 712.78 |

5170  0002 HWH  001  7 1  161202 0  E X PAGE 1 of 3  1 0 4264 6100 L570 0A5170CE  47891

---

# ⓐ PNC BANK
PO BOX 5570
CLEVELAND OH 44101-0570

| | |
|---|---|
| Account # | XXXX XXXX XXXX 0050 |
| New balance | $230,159.67 |
| ⓢ Total minimum payment due | $1,425.56 |
| ⓓ Due date | 12/27/16 |

PAYMENT ENCLOSED

$ _____

4489618321280050002301596700000712780000142556 2

LORI A WIGOD                    47891
1735 N PAULINA ST APT 601       0112
CHICAGO IL 60622-1195

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

⑊448⑊ ⑉5000⑈0080⑇ 9618321280050⑊ 001

02/21/2017 3:05 PM FAX 7733849091+ 0006/0007

 PNC BANK

Account # XXXX XXXX XXXX 0050
Statement closing date 12/02/16

## Your finance charges

| TYPE OF BALANCE | CORRESPONDING ANNUAL PERCENTAGE RATE (APR) | MONTHLY PERIODIC RATE (MAY VARY) | AVERAGE DAILY BALANCE | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | 3.750% | 0.313% | $0.00 | $0.00 |
| Advances | 3.750% | 0.313% | $227,725.30 | $712.78 |

Blended APR: 3.75%
Days in billing cycle: 30

❶ **Important information - please read**

Your account is currently closed.



**PNC BANK**

PNC Bank, National Association
P5-PCLC-A1-N
2730 Liberty Avenue
Pittsburgh, PA 15222

Lori A Wigod
1735 N Paulina St Apt 601
Chicago, IL 60622-1195

Date: December 7, 2016
Account Number: 4489-6183-2128-0050  ("Account")

Dear Lori A Wigod:

As of today, your account is past due in the amount of $712.78. If you have already sent your payment, please accept our thanks and disregard this letter.

If unexpected circumstances have prevented you from making the payment, we may be able to help. Even if you plan to make a payment soon, it still makes sense to talk to us. We are eager to work with you to bring your account up to date and to avoid further collection activity.

Please call us at 800-642-6323 to pay by phone or discuss your current situation. You may also visit us at pnc.com/options where you can make an online payment, review customized payment options that may be available to you, or even set up an appointment to speak directly with a PNC Bank advisor.

We look forward to speaking with you.

Sincerely,

PNC Bank, N.A.
Account Specialist

Notice: See Reverse Side for Important Information