# EXHIBIT C


# PNC BANK

PNC Bank, National Association
P.O. Box 5570
Cleveland, OH 44101-0570

Lori A Wigod
1735 N Paulina St Apt 601
Chicago, IL 60622-1195

Date: November 23, 2016
RE: Account Number: 4489-6183-2128-0050 ("Account")
Name of Servicer: PNC Bank, N.A.
Address of Servicer: P.O. Box 5570, Cleveland, OH 44101-0570
Telephone Number of Servicer: 1-866-622-2657

Dear Lori A Wigod:

We are contacting you on behalf of ETrade Bank.

**Based on a review of the information you provided, we are unable to offer mortgage payment assistance to you at this time.**

We have received your request for assistance. Based on a review of the information you provided, we are unable to offer mortgage payment assistance at this time.

However, you may be eligible but not yet approved for a liquidation option. If you are interested in learning more about your liquidation options, please contact Tracy Jones X65251 at 1-866-622-2657 ext.65251. For your reference, these options are described below:

- **Short Sale:** Sell your home and release the lien(s) by paying off a portion of your home equity account balance when you owe more on the home than it's worth. All lien holders must agree to the price. You may be required to pay the remaining home equity account balance in a lump sum or over time.
- **Deed-In-Lieu of Foreclosure:** You may transfer ownership of your property to us. This allows you to transition out of your home without going through foreclosure. This option works best when there are no other liens on your property.

**Here are instructions for continuing the liquidation eligibility:**

Please contact Tracy Jones X65251 at 1-866-622-2657 by December 7, 2016 to discuss possible liquidation options.

Please be advised that if PNC Bank, N.A. does not receive acknowledgement of your interest to consider liquidation options by December 7, 2016, then normal servicing of your loan will continue, which may include collection and foreclosure proceedings, if applicable. If these proceedings were previously suspended, they may begin once more.

**Here is information about Modifications you were not approved to receive:**

We have completed our review of your hardship assistance request for Loan Modification. However, we cannot approve your request for assistance at this time. Our decision was based on the following reason(s):

    Income insufficient to support credit obligations

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

### Here is how you can appeal the denials listed above:

If you would like to appeal the denial of the loan modifications listed above, do not call to discuss liquidation options. Instead, if you wish to dispute this decline, we must receive written request by December 23, 2016. Your request should include your full name, loan number, and property address and any written evidence to support your dispute. You may submit your request in writing to the address below:

Loss Mitigation BR-YB58-01-3, PO BOX 5570, Cleveland, OH 44101-8653

### Here is how you can reach us if you have questions or need assistance:

Our goal is to help you make informed decisions regarding your home equity loan, and we are available to support you through this process.

If you have any questions about this letter or if you have decided to leave your home but still want to avoid foreclosure, you may contact your representative Tracy Jones X65251 at 1-866-622-2657 ext. 65251. Our representatives are available 8 a.m. to 5 p.m. Monday - Friday ET.

The decision to deny your modification request was based in whole or in part on information obtained in a report from the consumer reporting agency listed below:

Experian 701 Experian Parkway P.O. Box 2002 Allen, TX 75013 1-888-397-3742 www.experian.com/reportaccess

The consumer credit reporting agency identified above did not make the decision to deny your modification request and is unable to provide you with specific reasons why this action was taken.

Your rights under the Fair Credit Reporting Act:
* You have the right to know the information in your credit report
* You have the right to a free copy of the report from the consumer reporting agency that provided information, if your request to the consumer reporting agency is made within 60 days of receiving this letter.
* You have the right to file a dispute with the consumer reporting agency if you find that any information in your report is inaccurate or incomplete.

Notice: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicants income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Bureau of Consumer Financial Protection, 1700 G Street NW., Washington DC 20006.

Sincerely,

PNC Bank, N.A.

This is an attempt to collect a debt and/or enforce our lien. Any information obtained will be used for that purpose unless prohibited by applicable law. However, if this debt has been discharged or if you are protected by the automatic stay in bankruptcy, we are not attempting to collect the debt from you personally, and if we have obtained relief from the automatic stay, we will only exercise our rights against any collateral. By providing this notice we do not waive any applicable exemptions from state or federal collection laws.

If you are requesting modified payments or other loss mitigation, please note that normal collection activity, collection litigation and/or foreclosure activity may continue on your loan to the extent allowed by law while your request is being reviewed. Any information requested may be necessary to determine your eligibility for loss mitigation options.

Hours of Operation: 8 a.m. to 5 p.m. Monday - Friday ET