UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lori Wigod
                    Plaintiff,

v.                                      Case No.: 1:17−cv−02025
                                             Honorable Gary Feinerman

PNC Bank NA
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 25, 2018:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 10/16/2018 at 9:00 a.m. The parties confirmed that the case has settled and stated that dismissal papers soon will be filed. Given this, the case is closed for administrative purposes and will be re−opened if the settlement falls through. Civil case closed.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.